AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DONALD RAY GRAYSON ) | Case No: 3:99CR00061-003 |
| ) | USM No: 08486-058 |
| Date of Previous Judgment: February 20, 2001 ) | J. Charles Jones |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _151_ months **is reduced to** _140 months_.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 32 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 210 to 240 months | Amended Guideline Range: | 210 to 240 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated February 20, 2001 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 5, 2008

*Signature: Graham C. Mullen*
Title of Signing Officer
United States District Court

Effective Date: _____
(if different from order date)